IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**SAMUEL LLAMAS,**

        **Petitioner,**

    v.                            CASE NO. 19-3180-SAC

**SHANNON MEYER,**

        **Respondent.**

## MEMORANDUM AND ORDER

This matter is before the Court on respondent's motion for an extension of time to file the Answer and Return. The Court finds good cause is shown for the extension and grants the motion.

IT IS, THEREFORE, BY THE COURT ORDERED respondent's motion for extension of time (Doc. 7) is granted, and the time is extended to and including January 15, 2020.

**IT IS SO ORDERED.**

DATED: This 11th day of December, 2019, at Topeka, Kansas.

                                     S/ Sam A. Crow
                                     SAM A. CROW
                                     U.S. Senior District Judge